before us is a demand note which may or may not be subject to various defenses.

Meanwhile we direct that the note be deposited with the Clerk of this Court to abide our further order. The parties shall bear their own respective costs.

Reversed.

### Addendum by the Court

Agreeably to the opportunity afforded by the court, *supra*, the parties entered into and filed a stipulation the terms of which have been incorporated in the court's judgment.

PER CURIAM.

Substantially, this is an appeal from an order of the District Court granting motion to quash service of summons. The record is clear that the District Court was correct in its action.

Accordingly, the order of the District Court is

Affirmed.

**MacNEIL BROS. COMPANY et al.,**
Appellants,

v.

**FOX, ORLOV & COWIN, a partnership,**
Appellee.

No. 14979.

United States Court of Appeals
District of Columbia Circuit.

Submitted Nov. 15, 1960.

Decided Nov. 23, 1960.

**SPRINGFIELD AIRPORT AUTHORITY**
et al., Petitioners,

v.

**CIVIL AERONAUTICS BOARD,**
Respondent,

**Ozark Air Lines, Inc. and American Airlines, Inc., Intervenors.**

No. 15853.

United States Court of Appeals
District of Columbia Circuit.

Argued Nov. 7, 1960.

Decided Dec. 1, 1960.

Phillip Cowin, of the bar of the Supreme Judicial Court of Massachusetts, Boston, Mass., pro hac vice, by special leave of court, submitted on the brief for appellee. Melville W. Feldman, Washington, D. C., was on the brief for appellee.

Before PRETTYMAN, DANAHER and BASTIAN, Circuit Judges.

